UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
NESBITT, ANDREW L.                      Case No.16-16531-RAM
SSN: XXX-XX-9495                                 Chapter 13

_____Debtor (s)_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW the Debtor, **ANDREW L. NESBITT**, by and through the undersigned counsel and filed this Motion to Modify Chapter 13 Plan and in support would show as follows:

1. On May 5, 2016, the Debtor in the above-styled case filed a Petition for Bankruptcy Relief under Chapter 13.

2. Debtor wishes to modify his plan to provide for a Homeowners Insurance arrears.

3. Debtor hereby files the attached Third Modified Chapter 13 Plan.

**WHEREFORE**, the Debtor, **ANDREW L. NESBITT**, respectfully requests that this Honorable Court enter an Order Granting the Motion to Modify Chapter 13 Plan and any other relief this court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by CM/ECF to Nancy K. Neidich, Trustee PO BOX 279806 Miramar, FL 33027 and via U.S. Mail to the Debtor and all parties on the service list on this 26th day of July 2017.

Respectfully Submitted:

By: /S/ Christina A. Fiallo
Christina Alexandra Fiallo, Esq.
Florida Bar No. 92376

**Fiallo Law**
*Attorney for Debtor*
7975 NW 154 Street, Ste. 470
Miami Lakes, FL 33016
Office: (305) 222-7715
Fax:    (305) 907-5390
Service: service@fiallolaw.com
Contact: christina@fiallolaw.com

Copies to:

**The following parties were served via the Notice of Electronic Filing**

**Trustee**　　　　　　　　Nancy K. Neidich　　　e2c8f01@ch13herkert.com

**VIA REGULAR MAIL**

Bank of America, NA
14405 Walters Road
Suite 200
Houston, TX 77014

Bank of American, NA
Roberston, Anschutz & Schneid, PL
6409 Congress Avenue
Ste 100
Boca Raton, FL 33487

Andrew Nesbitt
20257 NW 32 Place
Opa Locka, FL 33056

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X    3MP    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Andrew L. Nesbitt            JOINT DEBTOR: _____ CASE NO: __16-16531-RAM__
Last Four of SS# 9495        Last Four of SS#

**MONTHLY PLAN PAYMENT:** : Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $ _403.99_    for months _1_ to _14_;
  B.    $ _2,402.22_   for months _15_ to _---_ ; **(BALANCE ON HAND)**
  C.    $ _536.72_    for months _16_ to _60_ ; in order to pay the following creditors

Administrative:         Attorney's Fee - $ _3,650.00_   TOTAL PAID $ _3,500.00_
            (Breakdown: **Fees:** (*Base Fee*) $3,500 = Total $ _3,500.00_ ;
            **Costs:** (*General Costs*) $150 =Total $150.00
            Balance Due    $ _150.00_    payable $ _10.71_ /month (Months _1_ to _14_)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America, N.A.                Reverse Mortgage Arrears Total: $18,672.00
Address: c/o Robertson, Anschutz & Schneid, PL.    Reverse Mortgage payment $197.90 /month (Months _1_ to _14_)
        6409 Congress Avenue, Ste 100           Reverse Mortgage payment $311.80 /month (Months _15--_ to _ _)
        Boca Raton, FL 33487                Reverse Mortgage payment $346.44 /month (Months _16--_ to _60_)
Acct#:    5399

2. Bank of America, N.A.                Total Payment Due: $2,145.92
Address: c/o Robertson, Anschutz & Schneid, PL.    Payment $1,800.00 /month (Months _15_ to _--_)
        6409 Congress Avenue, Ste 100           Payment $7.69 /month (Months _16_ to _60_)
        Boca Raton, FL 33487                    *Homeowners Insurance Arrears*
Acct#:    5399

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description & Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1_____  Total due $_____  Payable $_____ /month (Months \_\_\_\_ To \_\_\_\_):

Unsecured Creditors:    Pay $ 40.65 /month (Months _1_ to _14_ ):
            Pay $ 50.19 /month (Months _15_ to _---_ ):
            Pay $ 128.92 /month (Months _16_ to _60_ ):

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
  1.    Miami Dade Tax Collector (Acct # 0530): Debtor is paying directly and outside the plan.
  2.    Quick Cash Auto Loans, Inc (Acct #2170): Debtor is paying directly and outside the plan.
  3.    Santander (Acct # 1000): Debtor is paying directly and outside the plan.

LF-31 (rev. 12/01/02)

\The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

<u>C.Fiallo o.b.o. Andrew L. Nesbitt</u>　　　　　　　　　　　<u>　　　　　　　　　　　</u>
Debtor                                                                                  Joint Debtor

Date:<u>  7-26-2017  </u>                                                    Date:<u>　　　　　　　</u>

LF-31 (rev. 12/01/02)

**PRINT INQUIRY**       Close Window       Click Here to Print this Page

| 16-16531-RAM | Andrew L Nesbitt (xxx-xx-9495) | 20257 NW 32 Place • • Opa Locka • FL • 33056 | $564.77 MO | Bar Date(s): | 10/5/2016 (has passed) 11/1/2016 (has passed) |
|---|---|---|---|---|---|
| | | | | Confirmed: | 8/16/2016 |
| | Trustee: Nancy K. Neidich | Attorney: CHRISTINA A. FIALLO, ESQUIRE | | Case Status: | ACTIVE |

## Case Profile

| Balance on Hand | $2,402.22 |
|---|---|
| Last Receipt Date | Friday, July 07, 2017 |
| Last Receipt Amount | $485.03 |
| Last Disburse Date | Thursday, February 16, 2017 |
| 341 Meeting Date | Thursday, July 07, 2016 10:30 AM |
| Date Petition Filed | Thursday, May 05, 2016 |
| Total Paid Into the Plan | $6,129.76 |
| Total Disbursed | $3,727.54 |
| Attorney Payee / Level | CHRISTINA A. FIALLO, ESQUIRE (305) 222-7715 / 16 |
| Judge | ROBERT A. MARK |
| Plan Base | $32,939.25 |
| Base Balance | $26,809.49 |
| Plan Terms | 60 |
| Months Remaining (Calculated - may not be accurate) | 60 (71 from Confirmation) |
| Percent to Unsecureds | 100.000% |
| Bar Check Status | Yes |
| Disburse Flag | Yes |
| Months Since Confirmation | 11 |
| Months Since Petition Filed | 14 |



Receipts last 24 months



Disbursements last 24 months

## CASE DETAIL

| Debtor Type | Individual |
|---|---|
| Trustee's Percentage | 4.00% |
| Total Paid to Trustee | $237.69 |
| Permanent Hold | $999,999.00 |
| Temporary Hold | $0.00 |
| Unsecured Interest | 0.00% |
| Attorney Percentage | 0.00% |
| Attorney Pay Level For Percentage | 0 |

## CODES AND FLAGS

| Region | 1 - Region 1 |
|---|---|
| District | 1 - Southern District of Florida |
| Division | 1 - Miami |
| Plan/Sch | 1 |
| LMM | 0 |
| Comment 2 | 6 |
| Flag Number 2 | 6 |
| Comment | TAX FILE CREATED |

### DEBTOR1 - ANDREW L NESBITT

## DATES AND TIMES

| Plan Filed Date | Friday, June 03, 2016 |
|---|---|
| Petition Filed Date | Thursday, May 05, 2016 |
| First Meeting Date | Thursday, July 07, 2016 10:30 AM |
| First Payment Due Date | Sunday, June 05, 2016 |
| Confirmation Hearing Date | Tuesday, August 16, 2016 1:30 PM |
| Date Case Confirmed | Tuesday, August 16, 2016 |
| Show Cause Date | |
| Probation Date | |
| Last Letter Date | |
| Closed Date | |
| Cleared Date | |
| Conf Order Date | Wednesday, August 24, 2016 |
| Claims Register Date | Monday, December 12, 2016 |

## ADDITIONAL AMOUNTS

| Unsecured Amount Per Plan | $11,024.75 |
|---|---|
| Unsecured Claims Amount Total | $6,420.34 |

## DEBTOR PAY SCHEDULE

| Andrew L Nesbitt paying $564.77 MONTHLY |
|---|

| Address 1 | 20257 NW 32 Place |
|---|---|
| Address 2 | |
| City, State | Opa Locka FL |
| Zip Code | 33056-0000 |
| Phone | |
| SSN | xxx-xx-9495 |
| AKA | |
| DBA | |

## DEBTOR2 -

| Address 1 | |
|---|---|
| Address 2 | |
| City, State | |
| Zip Code | |
| Phone | |
| SSN | |
| AKA | |
| DBA | |